MICHAEL LEVIS, Appellant, v. ALONZO E DEBAUN, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for

leave to appeal to the Court of Appeals denied  The mention of the record in
*DeBaun* v. *Block* (224 App. Div. 661) was merely with reference to the applica-
tion, if any, of the doctrine of *stare decisis*.  Present — Lazansky, P. J., Hagarty,
Carswell, Scudder and Davis, JJ.